IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DIANA BAZZELLE                                                                                           PLAINTIFF

v.                                         Case No. 4:15-cv-4088

COMPASSPOINTE HEALTHCARE
SYSTEM d/b/a MAGNOLIA
HEALTH AND REHABILITATION                                                              DEFENDANT

## JUDGMENT

Before the Court is Defendant Compass Pointe Healthcare System's Motion for Judgment on the Pleadings. (ECF No. 20). Plaintiff filed a response opposing the motion. (ECF No. 24). Defendant filed a reply in further support of its motion. (ECF No. 25). The Court finds this matter ripe for consideration. For the reasons discussed in the Memorandum Opinion of even date, Defendant's Motion for Judgment on the Pleadings is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of November, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge